**MANDATE**

NHCT
00-cv-2326
Squatrito

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED Oct 20  10:04 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

# SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 18th day of September, two thousand and three.

PRESENT:

JOSÉ A. CABRANES
BARRINGTON D. PARKER, JR.
   *Circuit Judges*
JED S. RAKOFF[*]
   *District Judge*

---

JANE DOE ppa Dennis Byars,

    Plaintiff-Appellant,

v.   No. 02-9129

CITY OF WATERBURY, DETECTIVE GARY RIBACK,
DETECTIVE THOMPSON, DETECTIVE KAZIMIEREK,
DETECTIVE COTE and LIEUTENANT DABBO, in their
official and individual capacities,

    Defendants-Appellees,

---

APPEARING FOR APPELLANT:   W. MARTYN PHILPOT, JR., New Haven, CT.

---

[*] The Honorable Jed S. Rakoff, of the Southern District of New York, sitting by designation.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

1

ISSUED AS MANDATE: 10/9/03

APPEARING FOR APPELLEES:     MARCIA J. GLEESON, Sack, Spector & Karsten, LLP, West Hartford, CT.

Appeal from a September 10, 2002 judgment of the United States District Court for the District of Connecticut (Dominic J. Squatrito, *Judge*), which approved and adopted a Recommended Ruling of United States Magistrate Judge Thomas P. Smith.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Plaintiff appeals from a September 10, 2002 judgment of the United States District Court for the District of Connecticut, which approved and adopted a August 26, 2002 Recommended Ruling of United States Magistrate Judge Thomas P. Smith. The District Court dismissed plaintiff's claims filed under 42 U.S.C. § 1983 against the City of Waterbury and five Waterbury police officers for violations allegedly committed in the course of plaintiff's arrest for trespass on school property.

Plaintiff's claims specifically alleged that the police officers subjected her to false arrest, excessive force, malicious prosecution, and denial of due process of law, that they infringed upon her rights under the First, Fourth, Eighth, and Fourteenth Amendments to the United States Constitution, and that they negligently and intentionally caused her emotional distress. These violations took place, according to the plaintiff, in the course of the plaintiff's arrest at her school for criminal trespass.

In a careful opinion, the Magistrate Judge recommended that summary judgment be granted to the defendant city and police officers on all claims, and the District Court adopted the Magistrate Judge's recommendation. For substantially the reasons stated by Magistrate Judge Smith and adopted by Judge Squatrito, we affirm the District Court's judgment.

We have considered the remaining issues on appeal and found them to be without merit. In particular, we reject plaintiff's frivolous arguments that Judge Squatrito erred in failing to recuse himself from deciding plaintiff's case. For the foregoing reasons, the judgment of the District Court is AFFIRMED.

FOR THE COURT,
Roseann B. MacKechnie, Clerk of Court

By *[signature]*
Oliva M. George, Deputy Clerk