**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

2003 NOV -4 A 11: 38

US DISTRICT COURT
HARTFORD CT

ROSEANN B. MACKECHNIE
CLERK

NHCT
00-cv-2326
Squatrito

DATE: October 27, 2003

Re: Doe v. City of Waterbury

USCA Docket Number: 02-9129
DC Docket Number: 00-cv-2326
DC Judge Squatrito

Dear Appeals Clerk:

Enclosed is a certified copy of the statement of costs filed by defendants-appellees City, et al. in the above-entitled case.

The mandate was issued to your office on 10/9/03.

Please include this statement of costs as part of the mandate by attaching it to the mandate issued 10/9/03.

Please acknowledge receipt of said copy of the statement of costs on the copy attached herewith and return to me.

Very truly yours,

ROSEANN B. MACKECHNIE, Clerk

By: _____
Eniola Ajayi
Deputy Clerk, USCA

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 10/27/03

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

# ITEMIZED AND VERIFIED BILL OF COSTS

Doe

v.                                    Docket No. 02-9129

City of Waterbury

STATEMENT OF COSTS
FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk
Arthur M. Heller, Motions Staff Attorney

Taxed in the amount of $ 192.00 in favor of Appellee, City of Waterbury

OCT 23 2003
Date

FILED OCT 23 2003

    Counsel for  City of Waterbury, Et Al., Defendants/Appellees,
respectfully submits, pursuant to Rule 39 (c) of the Federal Rule
Appellate Procedure the within bill of costs and requests the Clerk to
prepare an itemized statement of costs taxed against the Plaintiff/Appellant
and in favor of Defendants/Appellees
for insertion in the mandate.

Docketing Action                                                   N/A

Costs of printing appendix(necessary copies_____)                N/A

Costs of printing brief (necessary copies_____)                  $ 192.00

Costs of printing reply brief (necessary copies_____)            N/A


**(VERIFICATION HERE)**

I, Marcia J. Gleeson, do hereby swear that the
foregoing costs were reasonably incurred in the
course of this appeal, are correctly stated           (Signature)
herein and were actually incurred in the defense    Marcia J. Gleeson
of this action.  The appended invoice reflects
the recited charges for copying of the appellees'
brief, as noted thereon.


                                              itembcost_frm



**BRESCIA'S** PRINTING SERVICES, INC.

Brescia's Printing Services, Inc.
66 Conn Blvd.
E. Hartford, CT 06108
Phone: 860-528-4254
Toll Free: 800-842-0008
Fax: 860-289-7130
www.brescias.com

# Invoice

No. **3158**

Marcia J. Gleason, Esq.

Sack, Spector & Karsten, LLP
836 Farmington Avenue
Suite 221
West Hartford, CT 06119

Date 6/4/03

Customer P.O. No.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 25 | NY 2nd 02-9129 Jane Doe v. City of Waterbury et al BRIEF FILED 6.2.03 complete service copy/file/mail (48 pages @ $4.00), 8.5 x 11 White 20# Tidal -Hammermill, copied on 1 side | 192.00 |
| 1 | First Class Postage Opp. Cnsl. | 3.95 |
| 1 | Express Mail to NY 2nd | 33.45 |

Taken by: Matt
Account Type: Charge

Please call us if you have any questions.

Thank you!

Wanted: Mon 6/2
NY 2nd 02-9129 Jane Doe
v. City of Waterbury et

| | |
|---|---|
| SUBTOTAL | 229.40 |
| TAX | |
| SHIPPING | |
| TOTAL | 229.40 |

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 25th day of September, 2003, to the following counsel of record:

W. Martyn Philpot, Jr., Esquire
52 Whitney Avenue
New Haven, Ct  06510

_____
Marcia J. Gleeson

Attn: Roseann B. Mackechnie
Clerk of Court
United States Courthouse
40 Foley Square
New York, NY  10007

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

NHCT

ROSEANN B. MACKECHNIE
   CLERK

DATE: October 27, 2003

Re: Doe v. City of Waterbury

USCA Docket Number: 02-9129
DC Docket Number: 00-cv-2326
DC Judge Squatrito

Dear Appeals Clerk:

Enclosed is a certified copy of the statement of costs filed by defendants-appellees City, et al. in the above-entitled case.

The mandate was issued to your office on 10/9/03.

Please include this statement of costs as part of the mandate by attaching it to the mandate issued 10/9/03.

Please acknowledge receipt of said copy of the statement of costs on the copy attached herewith and return to me.

Very truly yours,

ROSEANN B. MACKECHNIE, Clerk

By: _____
Eniola Ajayi
Deputy Clerk, USCA


THE CERTIFIED   ( ) ORDER   ( ) NOTICE
               (✓) STATEMENT OF COSTS
HAS BEEN RECEIVED BY_____
                                    DATE: