UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANE DOE, PPA DENNIS BYARS**<br>      **Plaintiff** | : |
| v. | : CIVIL NO.: 3:00cv2326(DJS) |
| **CITY OF WATERBURY, ET AL**<br>      **Defendants** | : |

### ORDER

Defendants' Motion for Release of Security for Costs (Doc. #54) is hereby **GRANTED.** The Clerk shall release $192.00 from the $500 security deposit. Said check should be made payable to the City of Waterbury**.**

  **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this    13th    day of May, 2004.


  /s/DJS
  Dominic J. Squatrito
  United States District Judge